| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) McAuliffe, Steven J. | 2. Court or Organization U.S. District Court - New Hampshire | 3. Date of Report 05/06/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

Warren B. Rudman U.S. Courthouse
55 Pleasant Street, Room 416
Concord, N.H. 03301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | New Hampshire Bar Foundation |
| 2. | Director | Challenger Center for Space Science Education |
| 3. | Trustee | Trust #1 |
| 4. | Partner | Piglet (Neighborhood Investment Club) |
| 5. | Member | Shumac, LLC |
| 6. | Member | Pleasant Lake Tributaries, LLC |
| 7. | Member | Pleasant Lake Cottages, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McAuliffe, Steven J. | 05/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Accts Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 2. | IRA American Funds: Investment Company of America | B | Dividend | L | T | | | | | |
| 3. | IRA American Funds: Washington Mutual Investors Fund | A | Dividend | J | T | | | | | |
| 4. | ExxonMobil Corp | A | Dividend | J | T | | | | | |
| 5. | UBS Retirement Money Fund (UBS Bank USA Dep Acct) | A | Interest | J | T | | | | | |
| 6. | IRA Franklin Templeton For. Fund | | None | | | Sold | 01/22/14 | L | A | |
| 7. | Piglet Investment Club Partnership Shares (See Part VIII) | A | Interest | J | T | | | | | |
| 8. | -UBS RMA Cash Account | A | Interest | J | T | | | | | |
| 9. | -Guided Therapeutics Inc | | None | J | T | | | | | |
| 10. | -Bolt Tech Corp | A | Dividend | | | Sold | 11/19/14 | J | A | |
| 11. | -Facebook Inc | A | Dividend | J | T | | | | | |
| 12. | -Autodesk Inc | A | Dividend | J | T | | | | | |
| 13. | -Ambarella Inc | A | Dividend | J | T | | | | | |
| 14. | -InvenSense Inc | A | Dividend | J | T | Buy (add'l) | 03/06/14 | J | | |
| 15. | -Allegiant | A | Dividend | J | T | Buy | 03/05/14 | J | | |
| 16. | -Exact Sciences Corp | | None | J | T | Buy | 12/08/14 | J | | |
| 17. | -Ford Motor Company | A | Dividend | J | T | Buy | 11/10/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Kandi Technologies | | None | J | T | Buy | 11/14/14 | J | | |
| 19. -NXP Semiconductors | A | Dividend | J | T | Buy | 06/04/14 | J | | |
| 20. -Zoe's Kitchen Inc | | None | J | T | Buy | 09/08/14 | J | | |
| 21. CVS Health Corp. (Name Changed 9/3/14) | A | Dividend | J | T | | | | | |
| 22. IRA iShares Russell Fund | B | Dividend | K | T | | | | | |
| 23. IRA Midcap SPDR TR | B | Dividend | K | T | | | | | |
| 24. UBS Bank USA Dep Acct | A | Dividend | M | T | | | | | |
| 25. Merrimack County Savings Bank NOW Acct (2) | A | Interest | J | T | | | | | |
| 26. Enterprise Products Partners LP | B | Dividend | K | T | | | | | |
| 27. Kinder Morgan Energy Partners LP | A | Dividend | | | Sold | 03/27/14 | J | A | |
| 28. iShares TR Russell 2000 Index Fund | B | Dividend | L | T | | | | | |
| 29. Norfolk Southern Corp | A | Dividend | | | Sold | 10/30/14 | J | A | |
| 30. IRA iShares Russell Midcap | A | Dividend | J | T | | | | | |
| 31. iShares Trust Russell Midcap Growth Index Fund | A | Dividend | J | T | | | | | |
| 32. IRA Grainger WW Inc | A | Dividend | | | Sold | 07/28/14 | J | A | |
| 33. Apple Inc | B | Dividend | K | T | | | | | |
| 34. Johnson & Johnson Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Colgate-Palmolive Company | A | Dividend | | | Sold | 10/30/14 | J | A | |
| 36. Northern Trust Prime Obligation Fund 9/1 | A | Dividend | K | T | | | | | |
| 37. Simon Property Group Inc | B | Dividend | K | T | | | | | |
| 38. Florida St Brd Ed Pub Ed Cap | B | Interest | K | T | | | | | |
| 39. iShares iBoxx Invt Grade DE Corp Bond Fund | B | Dividend | K | T | | | | | |
| 40. Tennessee St Ser A | A | Interest | K | T | | | | | |
| 41. Fairfax Cty VA Pub Ser A | B | Interest | K | T | | | | | |
| 42. Autoliv Inc | A | Dividend | | | Sold | 10/15/14 | L | E | |
| 43. JM Smucker Company New | | None | | | Sold | 01/22/14 | K | D | |
| 44. First Colebrook Bank | A | Dividend | J | T | | | | | |
| 45. AFLAC Inc | A | Dividend | | | Sold | 07/03/14 | J | B | |
| 46. Danaher Corp | A | Dividend | J | T | | | | | |
| 47. Google Inc (MCSB) | A | Dividend | J | T | | | | | |
| 48. JP Morgan Chase & Company | A | Dividend | J | T | | | | | |
| 49. Oracle Corp | A | Dividend | J | T | | | | | |
| 50. Starbucks Corp | A | Dividend | J | T | | | | | |
| 51. Sysco Corp | A | Dividend | | | Sold | 07/03/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BHP Billiton Ltd | A | Dividend | | | Sold | 10/30/14 | J | A | |
| 53. iShare MSCI EAFE Index Fund | B | Dividend | L | T | | | | | |
| 54. iShare Trust MSCI Emerging Markets | A | Dividend | | | Sold | 03/27/14 | J | B | |
| 55. NH St Genl Ob Ser A | A | Interest | K | T | | | | | |
| 56. NH Muni Bond Ser B | A | Interest | K | T | | | | | |
| 57. TJX Companies Inc | A | Dividend | J | T | | | | | |
| 58. VISA Inc | B | Dividend | K | T | | | | | |
| 59. Qualcomm Inc | A | Dividend | J | T | | | | | |
| 60. Chevron Corp (MCSB) | A | Dividend | | | Sold | 10/30/14 | J | C | |
| 61. Citrix Systems Inc | A | Dividend | | | Sold | 07/03/14 | J | A | |
| 62. Coca Cola Company | A | Dividend | | | Sold | 07/03/14 | J | B | |
| 63. Emerson Electric Company | A | Dividend | | | Sold | 10/30/14 | J | A | |
| 64. Prudential Financial Inc | A | Dividend | | | Sold | 10/30/14 | J | C | |
| 65. S&P 400 Midcap Index | A | Dividend | | | Sold | 03/27/14 | J | C | |
| 66. Google Inc (UBS) | A | Dividend | K | T | | | | | |
| 67. Home Depot Inc | A | Dividend | K | T | | | | | |
| 68. General Electric Company | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Henderson Global Equity | A | Dividend | K | T | | | | | |
| 70. Brown-Forman Corp | A | Dividend | K | T | | | | | |
| 71. Chevron Corp (UBS) | A | Dividend | K | T | | | | | |
| 72. iShares Trust Russell 1000 | A | Dividend | K | T | | | | | |
| 73. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 74. American Express Company | A | Dividend | J | T | | | | | |
| 75. BB&T Corp | A | Dividend | | | Sold | 07/03/14 | J | C | |
| 76. Celgene Corp | B | Dividend | K | T | | | | | |
| 77. Comcast Corp New | A | Dividend | | | Sold | 03/27/14 | J | A | |
| 78. eBay Inc | A | Dividend | | | Sold | 07/03/14 | J | A | |
| 79. Fluor Corp | A | Dividend | | | Sold | 03/27/14 | J | A | |
| 80. US Bancorp | A | Dividend | | | Sold | 10/30/14 | J | B | |
| 81. AbbVie Inc | A | Dividend | J | T | | | | | |
| 82. Neuberger Berman MLP Income Fund | A | Dividend | | | Sold | 03/27/14 | J | A | |
| 83. Valero Energy Corp | A | Dividend | | | Sold | 07/03/14 | J | B | |
| 84. Michael Kors | A | Dividend | J | T | Sold (part) | 03/27/14 | J | A | |
| 85. CH Robinson Worldwide Inc | | None | | | Sold | 03/27/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Fluor Corp | | None | | | Sold | 03/27/14 | J | A | |
| 87. | Cerner Corp | | None | J | T | Sold (part) | 07/03/14 | J | A | |
| 88. | Chubb Corp | A | Dividend | K | T | | | | | |
| 89. | Gilead Sciences Inc | A | Dividend | K | T | | | | | |
| 90. | Henderson Global FDS Euro | A | Dividend | K | T | | | | | |
| 91. | Washington Prime Group Inc Com | A | Dividend | J | T | Spinoff (from line 37) | 05/29/14 | J | | |
| 92. | Biogen Idec | A | Dividend | K | T | Buy | 02/19/14 | K | | |
| 93. | British American Tobacco PLC | A | Dividend | K | T | Buy | 04/22/14 | K | | |
| 94. | Cigna Corp | B | Dividend | K | T | Buy | 01/16/14 | K | | |
| 95. | HCA Holdings Inc | B | Dividend | K | T | Buy | 01/16/14 | K | | |
| 96. | International Paper Company | A | Dividend | K | T | Buy | 02/19/14 | K | | |
| 97. | Parexel International Corp | A | Dividend | K | T | Buy | 02/19/14 | K | | |
| 98. | Veritiv Corp Com | | None | J | T | Spinoff (from line 96) | 02/19/14 | J | | |
| 99. | SPDR Barclays Convertible Securities | A | Dividend | K | T | Buy | 03/19/14 | K | | |
| 100. | SPDR S&P MidCap 400 ETF TR | C | Dividend | L | T | Buy | 03/19/14 | L | | |
| 101. | Technology Sector SPDR Trust SHS | B | Dividend | K | T | Buy | 01/16/14 | K | | |
| 102. | Johnson County Kansas Water District #1 Bond | A | Interest | K | T | Buy | 01/16/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Brentwood Tennessee G.O. Bond | A | Interest | K | T | Buy | 01/16/14 | K | | |
| 104. Minn St Colleges & SR A Revenue Bond | A | Interest | K | T | Buy | 01/16/14 | K | | |
| 105. Vermont Municipal Bond Bank SRL Revenue Bond | A | Interest | K | T | Buy | 01/16/14 | K | | |
| 106. Pimco Real Return Fund Class A | A | Dividend | K | T | Buy | 10/09/14 | K | | |
| 107. Calamos Market Neutral Income Fund Class A | A | Dividend | K | T | Buy | 10/09/14 | K | | |
| 108. First Eagle Global Fund Class A | A | Dividend | K | T | Buy | 10/09/14 | K | | |
| 109. Helmerich & Payne Inc | A | Dividend | | | Buy | 01/16/14 | K | | |
| 110. Helmerich & Payne Inc | A | Dividend | | | Sold | 09/11/14 | K | C | |
| 111. Templeton Global Income Fund (DELA) | A | Dividend | | | Buy | 03/19/14 | L | | |
| 112. Templeton Global Income Fund (DELA) | A | Dividend | | | Sold | 11/20/14 | L | A | |
| 113. IRA Henderson Global Investors European Focus Fund | B | Dividend | L | T | Buy | 01/16/14 | L | | |
| 114. Shumac LLC 50% Int (Holds Lake Property in Merrimack County, NH) | | None | N | W | | | | | |
| 115. Pleasant Lake Tributaries, LLC (Real Estate) | | None | K | W | Buy | 09/10/14 | K | | |
| 116. Pleasant Lake Cottages, LLC (Real Estate) | | None | L | W | Buy | 09/10/14 | L | | |
| 117. R.P. Jobin, Personal Loan | | None | K | T | | | | | |
| 118. Oppenheimer Developing Markets | B | Dividend | K | T | Buy | 03/28/14 | K | | |
| 119. Ivy International Core Equity | B | Dividend | K | T | Buy | 03/28/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Convergence Core Plus Institutional | B | Dividend | K | T | Buy | 03/28/14 | K | | |
| 121. Delaware Small Cap Value Institutional | B | Dividend | K | T | Buy | 03/28/14 | K | | |
| 122. Disney | A | Dividend | J | T | Buy | 07/03/14 | J | | |
| 123. National Oilwell Varco | A | Dividend | J | T | Buy | 07/03/14 | J | | |
| 124. Vanguard Information Technology ETF | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 125. Verizon Communications Inc | | None | J | T | Buy | 10/30/14 | J | | |
| 126. VMware Inc Class A | | None | J | T | Buy | 10/30/14 | J | | |
| 127. Walgreen Company | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 128. Wells Fargo & Company | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 129. PNC Financial Services Group | | None | J | T | Buy | 10/30/14 | J | | |
| 130. PepsiCo Inc | | None | J | T | Buy | 10/30/14 | J | | |
| 131. T. Rowe Price | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 132. Priceline Group | | None | J | T | Buy | 10/30/14 | J | | |
| 133. Procter & Gamble Company | | None | J | T | Buy | 10/30/14 | J | | |
| 134. Salesforce.com Inc | | None | J | T | Buy | 10/30/14 | J | | |
| 135. Schlumberger Ltd | | None | J | T | Buy | 10/30/14 | J | | |
| 136. Simon Property Group Inc | A | Dividend | J | T | Buy | 10/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Tesoro Petroleum Corp | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 138. Thermo Fisher Scientific Inc | | None | J | T | Buy | 10/30/14 | J | | |
| 139. Union Pacific Corp | | None | J | T | Buy | 10/30/14 | J | | |
| 140. United Technologies Corp | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 141. UnitedHealth Group | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 142. EOG Resources Inc | | None | J | T | Buy | 10/30/14 | J | | |
| 143. Express Scripts Holding Company | | None | J | T | Buy | 10/30/14 | J | | |
| 144. FedEx Corp | | None | J | T | Buy | 10/30/14 | J | | |
| 145. Ford Motor Company | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 146. General Electric Company | | None | J | T | Buy | 10/30/14 | J | | |
| 147. Gilead Sciences Inc | | None | J | T | Buy | 10/30/14 | J | | |
| 148. International Business Machines | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 149. Lowe's Companies Inc | | None | J | T | Buy | 10/30/14 | J | | |
| 150. MetLife Inc | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 151. Microsoft Corp | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 152. Nike Inc Class B | | None | J | T | Buy | 10/30/14 | J | | |
| 153. Occidental Petroleum Company | | None | J | T | Buy | 10/30/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Barrick Gold Corp | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 155. Berkshire Hathaway Inc | | None | J | T | Buy | 10/30/14 | J | | |
| 156. Boeing Company | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 157. Cerner Corp | | None | J | T | Buy | 10/30/14 | J | | |
| 158. Chubb Corp | | None | J | T | Buy | 10/30/14 | J | | |
| 159. Costco Wholesale Corp | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 160. Dominion Resources Inc | | None | J | T | Buy | 10/30/14 | J | | |
| 161. E.I.. DuPont de Nemours & Company | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 162. Northern Trust Prime Obligation Fund 9/1 [C] | A | Dividend | K | T | | | | | |
| 163. Johnson & Johnson [C] | A | Dividend | J | T | | | | | |
| 164. Deere & Company [C] | A | Dividend | J | T | | | | | |
| 165. AFLAC Inc [C] | A | Dividend | | | Sold | 10/30/14 | J | A | |
| 166. Apple Inc [C] | A | Dividend | K | T | | | | | |
| 167. Abbott Labs [C] | A | Dividend | | | Sold | 10/30/14 | J | B | |
| 168. Chevron Corp [C] | A | Dividend | | | Sold | 09/03/14 | K | D | |
| 169. Colgate-Palmolive Company [C] | A | Dividend | J | T | | | | | |
| 170. Danaher Corp [C] | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. E.I. DuPont de Nemours & Company [C] | A | Dividend | J | T | | | | | |
| 172. JP Morgan Chase & Company [C] | A | Dividend | K | T | | | | | |
| 173. Nike Inc [C] | B | Dividend | K | T | | | | | |
| 174. Oracle Corp [C] | A | Dividend | K | T | | | | | |
| 175. Procter & Gamble Company [C] | A | Dividend | K | T | | | | | |
| 176. Spectra Energy Corp [C] | A | Dividend | J | T | | | | | |
| 177. Starbucks Corp [C] | A | Dividend | J | T | | | | | |
| 178. Sysco Corp [C] | A | Dividend | | | Sold | 07/03/14 | J | C | |
| 179. UnitedHealth Group [C] | A | Dividend | K | T | | | | | |
| 180. Wells Fargo & Company [C] | A | Dividend | K | T | | | | | |
| 181. Buffalo Small Cap Fund [C] | A | Dividend | | | Sold | 07/03/14 | J | C | |
| 182. iShares Trust MSCI EAFE Index Fund [C] | A | Dividend | | | Sold | 03/11/14 | J | C | |
| 183. iShares Trust MSCI Emerging Markets [C] | A | Interest | | | Sold | 03/11/14 | K | B | |
| 184. UBS Pace Money Market Investments Fund Class P [K] | A | Dividend | J | T | | | | | |
| 185. F. Templeton Global Bond A [K] | A | Dividend | J | T | | | | | |
| 186. Arbitrage Fund [K] | A | Dividend | J | T | | | | | |
| 187. BlackRock Equity Dividend Fund [K] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Calamos Market Neutral Income Fund [K] | A | Dividend | J | T | | | | | |
| 189. Calamos International Growth Fund [K] | A | Dividend | J | T | | | | | |
| 190. Dreyfus Small Cap Value Fund [K] | A | Dividend | J | T | | | | | |
| 191. Natixis Loomis Sayles Core Plus Bond Fund [K] | A | Dividend | J | T | | | | | |
| 192. Royce Premier Fund [K] | A | Dividend | J | T | | | | | |
| 193. Laudus Growth Inv US Large Cap Fund [K] | A | Dividend | J | T | | | | | |
| 194. UBS Pimco College Fund 529(1) [K] | A | Interest | J | T | | | | | |
| 195. UBS Pimco College Fund 529(2) [K] | A | Interest | K | T | | | | | |
| 196. Fidelity Advisor Materials Fund Class A [K] | A | Dividend | J | T | | | | | |
| 197. Invesco Developing Markets Fund Class A [K] | A | Dividend | J | T | | | | | |
| 198. Oakmark International Fund [K] | A | Dividend | J | T | | | | | |
| 199. Delaware Corporate Bond Fund A [K] | A | Dividend | J | T | | | | | |
| 200. Ivy High Income Fund [K] | A | Dividend | J | T | | | | | |
| 201. Metropolitan West Total Return Bond Fund [K] | A | Dividend | J | T | | | | | |
| 202. Pimco Real Return Fund [K] | A | Dividend | J | T | | | | | |
| 203. RidgeWorth High Grade Municipal Bond Fund [K] | A | Dividend | J | T | | | | | |
| 204. T. Rowe Price Tax Free Short Intermediate Fund [K] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. TCW Emerging Markets Income Fund [K] | A | Dividend | J | T | | | | | |
| 206. MainStay Marketfield Fund [K] | A | Dividend | J | T | | | | | |
| 207. First Eagle Global Fund [K] | A | Dividend | J | T | | | | | |
| 208. Prudential Financial Inc [C] | A | Dividend | J | T | | | | | |
| 209. S&P 400 Midcap Index [C] | A | Dividend | J | T | | | | | |
| 210. Citrix Systems Inc [C] | A | Dividend | | | Sold | 07/03/14 | J | A | |
| 211. Cognizant Technology Solutions [C] | A | Dividend | | | Sold | 03/11/14 | K | D | |
| 212. Cummins Inc [C] | A | Dividend | J | T | | | | | |
| 213. BlackRock Equity Dividend Fund A [C] | A | Dividend | K | T | | | | | |
| 214. Harbor International Fund Investor Class [C] | A | Dividend | J | T | | | | | |
| 215. Henderson Global Investors International Opportunities Fund A [C] | A | Dividend | J | T | | | | | |
| 216. Voya Global Real Estate Fund Class A [C] (Name Change) | A | Dividend | J | T | | | | | |
| 217. John Hancock Large Cap Equity Fund Class A [C] | A | Dividend | K | T | | | | | |
| 218. Neuberger Berman Genesis Fund Investor Class [C] | A | Dividend | J | T | | | | | |
| 219. Oppenheimer Developing Markets Fund Class A [C] | A | Dividend | K | T | | | | | |
| 220. Royce Premier Fund [C] | A | Dividend | J | T | | | | | |
| 221. F. Templeton Global Bond A [C] | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Pimco Total Return Fund Class A [C] | B | Dividend | K | T | | | | | |
| 223. Wilmington Short/Intermediate-Term Bond Fund [C] | B | Dividend | K | T | | | | | |
| 224. Aberdeen Equity Long-Short Fund Class A [C] | A | Dividend | J | T | | | | | |
| 225. JP Morgan Multi-cap Market Neutral Fund [C] | A | Dividend | J | T | | | | | |
| 226. Van Eck Global Hard Assets Fund Class A [C] | A | Dividend | J | T | | | | | |
| 227. VISA Inc [C} | A | Dividend | K | T | | | | | |
| 228. Qualcomm Inc [C] | A | Dividend | J | T | | | | | |
| 229. Whole Foods Market Inc [C] | A | Dividend | | | Sold | 07/03/14 | J | C | |
| 230. iShares FTSE/Xinhua China 25 Index Fund [C] | A | Dividend | | | Sold | 03/11/14 | J | A | |
| 231. BB&T Corp [C] | B | Dividend | | | Sold | 10/30/14 | J | B | |
| 232. Celgene Corp [C] | A | Dividend | K | T | Sold (part) | 10/30/14 | J | B | |
| 233. Comcast Corp New [C] | A | Dividend | | | Sold | 03/11/14 | J | C | |
| 234. eBay Inc [C] | A | Dividend | | | Sold | 07/03/14 | J | A | |
| 235. Fluor Corp [C] | A | Dividend | | | Sold | 03/11/14 | K | D | |
| 236. US Bancorp [C] | A | Dividend | | | Sold | 10/30/14 | K | C | |
| 237. AbbVie Inc [C] (From Abbott Labs) | A | Dividend | J | T | Sold (part) | 10/30/14 | J | A | |
| 238. JP Morgan Perpetual Preferred [C] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. iShares MSCI Pacific [C] | A | Dividend | | | Sold | 03/11/14 | J | A | |
| 240. Kinder Morgan Energy Partners LP [C] | A | Dividend | | | Sold | 03/11/14 | J | A | |
| 241. Neuberger Berman Income Fund [C] | A | Dividend | | | Sold | 07/03/14 | J | A | |
| 242. Valero Energy Corp [C] | A | Dividend | | | Sold | 09/03/14 | K | C | |
| 243. Michael Kors [C] | A | Dividend | J | T | | | | | |
| 244. Chesapeake Energy Corp [C] | A | Dividend | | | Sold | 03/11/14 | J | A | |
| 245. CH Robinson Worldwide Inc [C] | | None | | | Sold | 03/11/14 | K | A | |
| 246. Barrick Gold Corp [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 247. Berkshire Hathaway Inc [C] | | None | J | T | Buy | 10/30/14 | J | | |
| 248. Chubb Corp [C] | | None | J | T | Buy | 10/30/14 | J | | |
| 249. Costco Wholesale Corp [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 250. Disney [C] | | None | J | T | Buy | 10/30/14 | J | | |
| 251. Dominion Resources [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 252. EOG Resources Inc [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 253. ExxonMobil Corp [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 254. Ford Motor Company [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 255. General Electric Company [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Lowe's Companies Inc [C] | | None | J | T | Buy | 10/30/14 | J | | |
| 257. MetLife Inc [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 258. Morgan Stanley [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 259. National Oilwell Varco [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 260. Occidental Petroleum Corp [C] | | None | J | T | Buy | 10/30/14 | J | | |
| 261. PNC Financial Services Group [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 262. PepsiCo Inc [C] | | None | J | T | Buy | 10/30/14 | J | | |
| 263. Priceline Group Inc [C] | | None | J | T | Buy | 10/30/14 | J | | |
| 264. Schlumberger Ltd [C] | | None | J | T | Buy | 10/30/14 | J | | |
| 265. Simon Property Group Inc [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 266. T. Rowe Price Group Inc [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 267. Tesoro Petroleum Corp [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 268. TJX Companies [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 269. Verizon Communications Inc [C] | | None | J | T | Buy | 10/30/14 | J | | |
| 270. Walgreen Company [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 271. Oppenheimer Developing Markets [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 272. Ivy International Core Equity [C] | A | Dividend | K | T | Buy | 10/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Convergence Core Plus Institutional [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 274. Delaware Small Cap Value [C] | A | Dividend | J | T | Buy | 10/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS.

Trust #1 assets are listed in Part VII, identified by the designation "[C]."

PART VII. INVESTMENTS AND TRUSTS.

Line 7. Piglet Investment Club Partnership - Aggregated (specific holdings are lsited below main entry and designated by "-").

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven J. McAuliffe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544